## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  **RICHARD A. GOINS,**                               **Case No. 18-30081-KLP**
       **5600 Baume Circle**                             **Chapter 7**
       **Richmond, VA  23237**
       **SSN:  xxx-xx-3875**

                   **Debtor.**

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** Roy M. Terry, Jr., Chapter 7 Trustee, has filed the *Trustee's Motion to Extend Time to Object to the Granting of the Debtor's Discharge and to Extend Time to File a Complaint Objecting to Discharge and Notice Thereof* (the "**Motion**").  A copy of the Motion is attached hereto.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of service of this Notice, you or your attorney must:

1.     File with the Court, at the applicable address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

> Clerk's Office
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

You must also mail a copy to:

> Robert Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 East Broad Street, Suite 4304
> Richmond, Virginia 23219

2.     If you file such a timely written response, you must also attend a hearing that will be scheduled at a later date.  You will receive separate notice of any such hearing.

Roy M. Terry. Jr., VSB No. 17764
SANDS ANDERSON PC
P.O. Box 2188
Richmond, Virginia 23218-2188
Telephone: 804.648.1636
*Chapter 7 Trustee*

Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within fourteen (14) days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Respectfully submitted, this 16th day of April, 2018.

/s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
SANDS ANDERSON PC
P.O. Box 2188
Richmond, Virginia 23218-1998
Telephone: 804.648.1636
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2018, a true and correct copy of the foregoing Motion was sent electronically through the Court's electronic filing system and/or first-class mail, postage prepaid, to:

Robert B. Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Richard A. Goins
5600 Baume Circle
Richmond, VA 23237-3809

Mary-Scott Gates Hennigan, Esquire
Gates Law Office
P.O. Box 187
Chesterfield, VA  23832
*Counsel for the Debtor*

/s/ Roy M. Terry, Jr.

ND4844-4471-3314